David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| JERRY WHITAKER<br>JANE WHITAKER,<br>Debtor(s) | Bankruptcy No. 09-28874<br>(Chapter 7)<br>Judge R. Kimball Mosier |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A   The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B   The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | TDS Corporate Office<br>441 Donelson Pike St. 310<br>Nashville, TN 37214 | $3.38 |

A check in the amount of $3.38 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this ___ day of April, 2011

DAVID L. MILLER
Chapter 7 Trustee